

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00554-CR

The **STATE** of Texas,
Appellant

v.

J. B. **DANIEL**,
Appellee

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CR-12-002
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 29, 2014.

_____
Patricia O. Alvarez, Justice